IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jess R. Burdine,                      Case No. 3:09cv1026

       Plaintiff

v.                                    Judgment Entry

Franklin W. Kaiser, et al.,

       Defendants

For the reasons stated in the Order filed April 20, 2012, it is hereby

ORDERED THAT:

1. Defendants' motions for summary judgment [Docs. 140, 142] be, and the same hereby are granted.

2. Case closed.

So ordered.

                                                     s/James G. Carr
                                                     Sr. United States District Judge