IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jess R. Burdine, et al.,                          Case No. 3:09cv1026

    Plaintiffs,                                   Judge James G. Carr

vs.                                               <u>NOTICE OF APPEAL</u>

Franklin W. Kaiser, et al.,

    Defendants.

       Notice is hereby given that all plaintiffs hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment and order entered in this action on the 20th day of April 2012 (Doc. 177 and 178) and from the order entered in this action on the 25th day of June 2010 (Doc. 67).

                                                <u>/s/ Thomas A. Sobecki</u>
Thomas A. Sobecki (0005210)
405 Madison Avenue, Suite 910
Toledo, Ohio 43604
Telephone: 419-242-9908
Fax: 419-242-9937
E-mail: tsobecki@tomsobecki.com
Attorney for Plaintiffs